558 A.2d 398

**HOUSING AUTHORITY OF BALTIMORE CITY**

v.

**Janie HARRIS.**

**No. 118, Sept. Term, 1988.**

Court of Appeals of Maryland.

June 2, 1989.

Deborah Farmer Minot (Sally B. Gold, Hylton & Gonzales, on brief), Baltimore, for petitioner & cross-respondent.

Robert M. McCaig (Legal Aid Bureau, Inc., Baltimore), Elizabeth Renuart (Legal Aid Bureau, Inc., Frederick), Gregory L. Countess, Baltimore, on brief, for respondent & cross-petitioner.

Argued before MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 2nd day of June, 1989.

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.